1
2
3
4
5
6
7
8
9
10
11
12
13
14

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANIEL TEGART,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEFF RUMSLEY #34996, Tucson Police Department Officer, in his individual capacity,<br><br>　　　　Defendant. | NO: CV-17-472-TUC-RM<br><br>**ORDER RE:<br>MOTION IN LIMINE<br>REGARDING HEARSAY**<br><br>Hon. Rosemary Marquez |

15
16
17
18
19
20
21

　　　Upon review of Defendant's Motion in Limine Regarding Hearsay and good cause appearing,

　　　IT IS HEREBY ORDERED that Defendant's Motion is granted. Plaintiff may not testify at trial as to what another person told him to prove the truth of the matter asserted. Plaintiff is precluded from testifying as to what medical providers told him regarding his injuries or what treatment was available for those injuries.

1     DATED:

3

                                                   _____
5                                           Honorable Rosemary Marquez
                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22