IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANIEL TEGART,<br><br>    Plaintiff,<br><br>v.<br><br>JEFF RUMSLEY #34996, Tucson Police Department Officer, in his individual capacity,<br><br>    Defendant. | NO: CV-17-472-TUC-RM<br><br>**ORDER RE:<br>MOTION IN LIMINE<br>REGARDING HISTORY WITH<br>INTERNAL AFFAIRS**<br><br>Hon. Rosemary Marquez |

Upon review of Defendant's Motion in Limine Regarding History with Internal Affairs and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion is granted and any mention that Officer Rumsley has ever been the subject of an internal affairs investigation is precluded.

DATED:

1
_____
Honorable Rosemary Marquez
3
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22