# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

```
FILED ✓      LODGED
RECEIVED     COPY

OCT 28 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY
```

Daniel Tegart
PLAINTIFF

V.

Jeff Rumsley
DEFENDANT

## JURY TRIAL WITNESS LIST

CASE NUMBER: CV-17-00472-TUC-RM

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Hon. Rosemary Marquez | Cathy Schwader | Tracy Jamieson |
| HEARING/TRIAL DATE(S) 10/22/2019, 10/23/2019, 10/24/2019, 10/25/2019 | PLAINTIFF ATTORNEY(S) Paul Gattone | DEFENDANT ATTORNEY(S) J.C. Patrascioiu |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| X |   | 10/22/2019 | 10/22/2019, 10/23/2019 | Daniel Tegart |   |
| X |   | 10/23/2019 | 10/23/2019 | Ernest Burwell | X |
|   | X | 10/23/2019 | 10/23/2019 | Ramon Mechtel | X |
|   | X | 10/23/2019 | 10/23/2019 | Clayton Strahle | X |
|   | X | 10/24/2019 | 10/24/2019 | Margorie Eskay-Auerbach, M.D., J.D. | X |
|   | X | 10/24/2019 | 10/24/2019 | Jeff Rumsley |   |
|   | X | 10/25/2019 | 10/25/2019 | Terry Anderson | X |
| X |   | 10/22/2019 | 10/25/2019 | Daniel Tegart (Rebuttal) |   |