IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Tegart,<br><br>    Plaintiff,<br><br>v.<br><br>Jeff Rumsley,<br><br>    Defendant. | No. CV-17-00472-TUC-RM<br><br>**ORDER** |

The jury trial completed on October 28, 2019 having resulted in a mistrial (*see* Doc. 77),

**IT IS ORDERED** that a jury trial in the above-captioned matter is set for **December 10, 2019 at 9:30 a.m.**, before the Honorable Rosemary Márquez, in Courtroom 5A of the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ 85701.

Dated this 1st day of November, 2019.

_____
Honorable Rosemary Márquez
United States District Judge