# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Tegart, | No. CV-17-00472-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Jeff Rumsley, | |
| Defendant. | |

On February 5, 2020, the parties filed a Notice of Settlement (Doc. 100), notifying the Court that they have settled the above-captioned matter and requesting that the trial date be vacated. Accordingly,

**IT IS ORDERED** that the jury trial in the above-captioned matter, currently scheduled to begin on February 24, 2020, is **vacated**.

**IT IS FURTHER ORDERED** that the parties shall file either a stipulation of dismissal or a status report on or before **March 23, 2020**.

Dated this 6th day of February, 2020.

Honorable Rosemary Márquez
United States District Judge