# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Tegart,<br><br>      Plaintiff,<br><br>v.<br><br>Jeff Rumsley,<br><br>      Defendant. | NO. CV-17-00472-TUC-RM<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation to Dismiss with prejudice, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

                                        Debra D. Lucas
                                        Acting District Court Executive/Clerk of Court

March 10, 2020

                                        s/ M. Rodriguez
                              By   Deputy Clerk